UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN LANGER,

       Plaintiff,                                  Case No. 08-15268

v.

                                        Hon. John Corbett O'Meara

WELTMAN, WEINBERG &
REIS, CO., LPA, and SASHA
MELENDEZ,

       Defendants.

_____/

**ORDER OF PARTIAL DISMISSAL**

      On December 24, 2008, Plaintiff filed a complaint alleging violations of the Fair Debt

Collection Practices Act as well as invasion of privacy.  Plaintiff does not allege that diversity

jurisdiction exists.  Although Plaintiff's federal cause of action is cognizable in this court

pursuant to 28 U.S.C. § 1331, the remaining allegations present a claim based on state law.  This

court declines to exercise supplemental jurisdiction over Plaintiff's state law claim so as to avoid

jury confusion.  See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966);

Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's state law invasion of privacy

claim is DISMISSED.

                                 s/John Corbett O'Meara
                                 United States District Judge


Date:  February 2, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 2, 2009, by electronic and/or ordinary mail.


s/William Barkholz
Case Manager